IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| BRUCE ANDERSEN | : | |
| | : | CIVIL ACTION |
| v. | : | |
| | : | NO. 11-2239 |
| MACK TRUCKS, INC., ET AL. | : | |

**O R D E R**

    **AND NOW**, this   30th   day of   July  , 2015, upon consideration of Defendants Mack Trucks, Inc. and Volvo Group North America, LLC's Motion for Summary Judgment (ECF No. 20), and all papers submitted in support thereof and in opposition thereto, it is **ORDERED** that Defendants' Motion is **GRANTED**. Judgment is entered in favor of Defendants Mack Trucks, Inc. and Volvo Group North America, LLC and against Bruce Anderson.

    IT IS SO ORDERED.

BY THE COURT:

_____
**R. BARCLAY SURRICK, J.**